IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA )
)
v. ) CR. NO. 2:05-mj-82-B
)
SIDNEY DARNELL HOBBS and )
STACI DENISE MITCHELL )

GOVERNMENT'S MOTION FOR DETENTION HEARING

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. 3142(e) and (f) moves for a detention hearing for the above-captioned defendants.

1. Eligibility of Cases

This case is eligible for a detention order because this case involves:

_____ Crime of violence (18 U.S.C. 3156)

_____ Maximum sentence of life imprisonment or death

__X__ 10 + year drug offense

_____ Felony, with two prior convictions in the above categories

__X__ Serious risk the defendant will flee

_____ Serious risk of obstruction of justice

2. Reason For Detention

The Court should detain defendants because there are no conditions of release which will reasonably assure:

__X___ Defendant's appearance as required

__X___ Safety of any other person and the community

3. Rebuttable Presumption

The United States will invoke the rebuttable presumption against defendants under Section 3142(e).

4. Time For Detention Hearing

The United States requests the Court conduct the detention hearing:

______ At the initial appearance

___X__ After continuance of 3 days

The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Respectfully submitted this 7th day of July, 2005.

LEURA GARRETT CANARY
United States Attorney

/s/ A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
clark.morris@usdoj.gov