COURTROOM DEPUTY'S MINUTES                                    DATE: 7-7-2005
MIDDLE DISTRICT OF ALABAMA
☑ INITIAL APPEARANCE
☐ BOND HEARING                                                Digital Recording  3:50 to 4:04 pm
☐ DETENTION HEARING
☐ PRELIMINARY (EXAMINATION) (HEARING)
☐ REMOVAL HEARING (R.40)
☐ ARRAIGNMENT

PRESIDING MAG. JUDGE ___DRB___                DEPUTY CLERK: ___sql___
CASE NO. __2:05mj82-B__                       DEFT. NAME: __Sidney Darnell HOBBS__
AUSA: __Morris__                              DEFT. ATTY: __Freeman__
                                              Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO

PTSO: __Thweatt__
USPO: _____
Defendant _____ does __✓__ does NOT need an interpreter
Interpreter present __✓__ NO _____ YES   Name: _____

☐ ✓ Date of Arrest __7-6-2005__ or ☑ Arrest Rule 40
☑ Deft. First Appearance. Advised of rights/charges. ☐ Prob/Sup Rel Violator
☑ Deft. First Appearance with Counsel
☐ Deft. First Appearance without Counsel
☐ Requests appointed Counsel
☐ Financial Affidavit executed ☐ to be obtained by PTSO
☐ ORDER appointing Community Defender Organization
☐ Panel Attorney Appointed; ☐ to be appointed - prepare voucher
☐ Deft. Advises he will retain counsel. Has retained _____
☐ ☐ Government's ORAL Motion for Detention Hearing ☐ to be followed by written motion;
   ☐ Government's WRITTEN motion for Detention Hearing filed
☐ Detention Hearing ☐ held; ☐ set for _____ at _____
☐ ORDER OF TEMPORARY DETENTION PENDING HEARING entered
☐ ORDER OF DETENTION PENDING TRIAL entered
☐ Release order entered. Deft advised of conditions of release
☐ BOND EXECUTED (M/D AL charges) $ _____. Deft released
☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
☑ Bond not executed. Deft to remain in Marshal's custody
☑ Deft. ORDERED REMOVED to originating district
☐ Waiver of ☐ preliminary hearing; ☐ Waiver of Rule 40 Hearing
☐ Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
☐ ARRAIGNMENT ☐ HELD. Plea of NOT GUILTY entered. ☐ Set for _____
   DISCOVERY DISCLOSURE DATE: _____
☐ NOTICE to retained Criminal Defense Attorney handed to counsel
☐ Identity/Removal Hearing set for _____
☐ Waiver of Speedy Trial Act Rights executed